970 So.2d 524 (2007)
STATE ex rel. Thaddeus RUBIT
v.
STATE of Louisiana.
No. 2007-KH-0681.
Supreme Court of Louisiana.
December 14, 2007.
In re Rubit, Thaddeus;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Calcasieu, 14th Judicial District Court Div. B, Nos. 17606-96, 2334-97; to the Court of Appeal, Third Circuit, No. KH 06-01475.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694; La.C.Cr.P. art. 930.3; State ex. rel. Melinie v. State, 93-1380 (La. 1/12/ 96), 665 So.2d 1172.